In the Matter of HARRY EISMAN, a Child under Sixteen Years, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD KNOPP, Respondent, v. DANIEL T. TEAGLE and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HERMAN E. W. HOPPE, Deceased.— Order affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ELISA DI PRIMIO and Another, Respondents, v. MOSEWELL REALTY CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZORA GREBC, Appellant, v. MORRIS SILVERMAN and HENRY SILVERMAN, Copartners, etc., Respondents.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that plaintiff made out a prima facie case. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.